**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHARLES I. WILSON, Jr.**                                                    **PETITIONER**

**VS.**                  **CASE NO.: 5:16CV00020 JM/BD**

**WENDY KELLEY, Director,
Arkansas Department of Correction**                        **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. The Court granted Plaintiff an extension of time until October 17, 2016, to file any objections. The parties have not filed objections. The Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

Petitioner Charles Wilson's petition for writ of habeas corpus (#2) is DENIED and DISMISSED, with prejudice, this 21st day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE